TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

**FILED**
IN CLERK'S OFFICE, N.Y.
U.S. DISTRICT C...
★ NOV 14 2019
LONG ISLAND O...

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

-v.- **C R  19  5 3 7**
Docket Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HURLEY, J.

SUBMITTED BY: Plaintiff___ Defendant___ DOJ ✓
Name: Monica Castro
Firm Name: U.S. Attorney's Office
Address: 610 Federal Plaza
         Central Islip, New York 11722
Phone Number: 631-715-7894
E-Mail Address: Monica.Castro@usdoj.gov

LOCKE, M. J.

INDICATE UPON THE PUBLIC DOCKET SHEET: YES___ NO ✓
If yes, state description of document to be entered on docket sheet:

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

B) If a **new** application, the statute, regulation, or other legal basis that authorizes filing under seal

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY **NOT** BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: Brooklyn               , NEW YORK

/s/ Anne Y. Shields

**U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE_____
                              DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or C.) ___ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

11/14/19
DATE

SIGNATURE