UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

[✓] WAIVER OF SPEEDY TRIAL
[✓] ORDER OF EXCLUDABLE DELAY

- against -

Andrew Frey

CASE NO. CR-19-537

It is hereby stipulated that the time from **11/22/19** through **1/24/20** be excluded in computing the time within which

[ ] a superseding information or indictment must be filed, or

[✓] trial of the charges against defendant must commence.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 22 2019 ★

LONG ISLAND OFFICE

The parties agree to the exclusion of the foregoing period for the purpose of

OR [✓] **discovery**

[✓] engaging in continued plea negotiations which is likely to result in the disposition of case without trial.

[ ] arrange for an examination of the defendant pursuant to 18 U.S.C. 4244 regarding his/her mental or physical capacity; or

[ ]

and hereby request the Court to approve this exclusion for speedy trial computations.

The defendant has been fully advised by counsel of his rights guaranteed under the Sixth Amendment to the Constitution; the Speedy Trial Act of 1974; 18 USC 3161-74; the Plan and Rules of this Court adopted pursuant to that Act; and Rule 50(b) of the Federal Rules of Criminal Procedure. The defendant understands that he has a right to be tried before a jury within a specified time period, not counting excludable periods.

_____
Defendant

_____
Counsel for Defendant

_____
For U.S. Attorney, E.D.N.Y.

The Court approves this Speedy Trial Waiver and finds that this action serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial.

SO ORDERED.

/s/Denis R. Hurley
_____
DENIS R. HURLEY
UNITED STATES DISTRICT JUDGE

DATED: CENTRAL ISLIP, NEW YORK
11/22/19