# Federal Defenders
## OF NEW YORK, INC.

770 Federal Plaza, Central Islip, NY 11722
Tel: (631) 712-6500 Fax: (631) 712-6505

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

Randi L. Chavis
*Attorney-in-Charge*
*Long Island*

December 5, 2019

**VIA ECF and EMAIL**,

Monica K. Castro Esq.
Assistant U.S. Attorney
Eastern District of New York
610 Federal Plaza
Central Islip, New York, 11722

**Re: *U.S v. Andrew Frey*, 19 Cr. 537 (DRH)**
   **Discovery Request**

Dear Ms. Castro:

   Thank-you for the discovery you have already provided as per your letter dated November 22, 2019. This is a follow-up request for discovery.

   Please provide copies of all search warrants, search warrant affidavits and returns/inventories.

   Please provide photographs of the injuries referenced in your detention letter to Magistrate Judge Shields dated November 14, 2019, as well as medical records of Jan Doe #1 and #2 of the injuries.

   Please provide any telephone recordings of Andrew Frey and Jane Doe #1 or #2.

   Please advise of your time frame for providing the remaining discovery.

Very truly yours,

Tracey L. Eadie Gaffey
Assistant Federal Defender
(631) 712-6500
Tracey_gaffey@fd.org