**Federal Defenders**
OF NEW YORK, INC.

770 Federal Plaza, Central Islip, NY 11722
Tel: (631) 712-6500 Fax: (631) 712-6505

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

Randi L. Chavis
*Attorney-in-Charge*
*Long Island*

January 2, 2020

**VIA ECF and EMAIL**,

Monica K. Castro Esq.
Assistant U.S. Attorney
Eastern District of New York
610 Federal Plaza
Central Islip, New York, 11722

**Re:** *U.S v. Andrew Frey*, **19 Cr. 537 (DRH)**
   **Discovery Request**

Dear Ms. Castro:

   Thank-you for the discovery you have already provided as per your letter dated November 22, 2019. This is our second follow-up request for discovery.

   Once again, please advise as to your time frame for providing the remaining discovery as we must confer, by statute, 14 days from arraignment on the time frame for disclosure and that time has passed. I am available for this discussion tomorrow at my office number. If it is more convenient for you to have this discussion during other than office hours, I can be reached on my mobile number which I will email to you.

   I wish to view the physical evidence. I am available on January 13th, 15th, 16th or 17th. Please let me know which date the viewing can take place, or if these dates are not convenient what date, before our next court date of January 24th, is convenient.

                                        Very truly yours,

                                        Tracey L. Eadie Gaffey
                                        Assistant Federal Defender
                                        (631) 712-6500