**CRIMINAL CAUSE FOR STATUS CONFERENCE BY TELEPHONE**

**BEFORE JUDGE:** HURLEY, J.   **DATE:** SEPTEMBER 22, 2020   **TIME:** 10:30-10:55 A.M.
**DOCKET NUMBER:** CR-19-00537          USA   V.   FREY

**DEFT. NAME:** ANDREW FREY       **DFT # 1**
   X PRESENT, _ NOT PRESENT, X IN CUSTODY,    ON BAIL
**ATTY FOR DEFT.:** TRACEY GAFFEY   FD
        X PRESENT, _ NOT PRESENT

**A.U.S.A.:** MONICA CASTRO
**DEPUTY CLERK:** L. LUNDY
**COURT REPORTER(S) OR ESR OPERATOR:** OWEN WICKER
**PROBATION:**
**INTERPRETER:**

CASE CALLED FOR STATUS CONFERENCE. THE DEFENDANT AND COUNSEL CONSENT TO HOLDING THIS CONFERENCE BY TELECONFERENCE; WAIVER OF SPEEDY TRIAL IS ENTERED START DATE 9/22/2020 STOP DATE 12/1/2020; THE BRIEFING SCHEDULED AS TO THE DEFENDANT'S MOTION TO DISMISS IS AS FOLLOWS DEFENDANT 9/22/2020; GOVERNMENT'S RESPONSE 10/13/2020; REPLY 10/27/2020; DEFENDANT REMAINS IN CUSTODY. TELECONFERENCE # 888-273-3658 ACCESS CODE 4660635.