# Federal Defenders
## OF NEW YORK, INC.

770 Federal Plaza, Central Islip, NY 11722
Tel: (631) 712-6500 Fax: (631) 712-6505

**David E. Patton**
*Executive Director and
Attorney-in-Chief*

**Randi L. Chavis**
*Attorney-in-Charge
Long Island*

December 28, 2020

The Honorable Denis R. Hurley
United States District Judge
Eastern District of New York
United States Courthouse
Central Islip, New York 11722

    Re: **United States v. Andrew Frey**
         **19 Cr. 537 (DRH)**

Dear Judge Hurley:

I represent Andrew Frey on the above-captioned case. I was informed by family members that Mr. Frey's wife Gina, died suddenly on Christmas Day. Mr. Frey's son, Andrew Frey, Jr., has informed me that the funeral service is scheduled for Wednesday, December 30th from 10:30am to 12:00pm. Beginning at 10:00am there will be a photo album viewing for family members at the funeral home, as well as a private viewing of the remains. Mr. Frey will not be able to virtually view his wife's remains, but he would be able to virtually view the photo album. The funeral home, the Branch Funeral home in Miller Place, is coordinating with Andrew Jr. The Zoom link for the funeral service has already been established and I have put that link in the proposed order. There would be a separate, different link for the photo album viewing, which would precede the service. That link has not yet been established. I have worded our proposed order accordingly and respectfully ask that Your Honor sign the order.

Respectfully submitted,

Tracey L. Gaffey
Assistant Federal Defender
(631) 712-6500
tracey_gaffey@fd.org

cc: Monica Castro, AUSA