

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JLG
F. #2019R01502

*610 Federal Plaza*
*Central Islip, New York 11722*

May 10, 2021

<u>By Hand and ECF</u>

Tracey E. Gaffey, Esq.
Federal Defenders of New York, Inc.
770 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Andrew Frey
                <u>Criminal Docket No. 19-537 (DRH)</u>

Dear Ms. Gaffey:

      Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.

      The enclosed USB drive, which is stamped with control number **AF 493359**, contains the contents of a RocketTek USB flash drive that was seized, among other electronic devices, from the defendant's residence on or about November 15, 2019, and searched pursuant to a November 22, 2019 search warrant, captioned 19-MJ-1083.

      The USB drive will be hand-delivered to your office. Its contents are also available via USA File Exchange ("USAfx") if you prefer.

                                    Very truly yours,

                                    Mark J. Lesko
                                    Acting United States Attorney

            By:    /s/ Justina L. Geraci
                    Justina L. Geraci
                    Assistant U.S. Attorney
                    (631) 715-7835

cc:    Clerk of the Court (DRH) (by ECF) (without enclosure)