

U.S. Department of Justice

United States Attorney
Eastern District of New York

JLG
F. #2019R01502

610 Federal Plaza
Central Islip, New York 11722

August 12, 2021

By E-Mail and ECF

Tracey E. Gaffey, Esq.
Federal Defenders of New York, Inc.
770 Federal Plaza
Central Islip, New York 11722

        Re:    United States v. Andrew Frey
                   Criminal Docket No. 19-537(DRH)

Dear Ms. Gaffey:

        Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.

        The enclosed document, which has been stamped with control numbers AF 00493400 through AF 00493428, is a Suffolk County Police Department ("SCPD") photo book, which was provided to Jane Doe #1, to be used as a visual aid, in order to help her identify specific facial features during the process of creating the composite sketch of the man she knew as "Andy," the defendant, on or about October 8, 2019. The resulting composite sketch was previously produced to you in discovery, stamped AF-005566.

        Please note, the defendant's photograph does not appear in this photo book. A footnote contained within certain applications for search warrants inadvertently misstates this fact. See, e.g., AF-005577, n.1.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

JACQUELYN M. KASULIS
Acting United States Attorney

By:   /s/ Justina L. Geraci
Justina L. Geraci
Assistant U.S. Attorney
(631) 715-7835

Enclosure.

cc:    Clerk of the Court (DRH) (by ECF) (without enclosure)