

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JLG
F. #2019R01502

*610 Federal Plaza*
*Central Islip, New York 11722*

September 27, 2021

By Hand and ECF

Tracey E. Gaffey, Esq.
Federal Defenders of New York, Inc.
770 Federal Plaza
Central Islip, New York 11722

    Re: United States v. Andrew Frey
       Criminal Docket No. 19-537(DRH)

Dear Ms. Gaffey:

  Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.

  The enclosed disc, which has been stamped with control number AF 00493429, consists of the contents of the defendant's white Sony cellphone (identified as Item # 17, or 1B72), which was searched pursuant to a court-authorized search and seizure warrant.

  If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

            Very truly yours,

            JACQUELYN M. KASULIS
            Acting United States Attorney

      By: /s/ Justina L. Geraci
         Justina L. Geraci
         Assistant U.S. Attorney
         (631) 715-7835

Enclosure.

cc: Clerk of the Court (DRH) (by ECF) (without enclosure)