**CRIMINAL CAUSE FOR STATUS CONFERENCE BY TELEPHONE**
**BEFORE JUDGE:** HURLEY, J.    **DATE:** NOVEMBER 18, 2021    **TIME:** 12:15-12:30 PM
**DOCKET NUMBER:** CR-19-537            USA   V.   FREY

**DEFT. NAME: ANDREW FREY            DFT # 1**
  X PRESENT,  NOT PRESENT, X  IN CUSTODY,  ON BAIL
     **ATTY FOR DEFT.:** TRACEY GAFFEY   FD
        X  PRESENT,  NOT PRESENT


**DEFT. NAME:                DFT #**
  X  PRESENT,  NOT PRESENT,    IN CUSTODY,    ON BAIL
     **ATTY FOR DEFT.:**
        X  PRESENT,  NOT PRESENT

**A.U.S.A. :**  JUSTINA GERACI
**DEPUTY CLERK:**    L LUNDY
**COURT REPORTER(S) OR ESR OPERATOR:** MARYANN STEIGER
**INTERPRETER:**

   CASE CALLED FOR STATUS CONFERENCE; THE DEFENDANT AND COUNSEL CONSENT TO HOLD THIS CONFERENCE BY TELECONFERENCE;  MOTION  SCHEDULE
  DEFENDANT 1/7/2022 ;GOVERNMENT'S RESPONSE 2/28/2022; JURY SELECTION WITH TRIAL TO FOLLOW SCHEDULED  FOR 4/11/2022;
   WAIVER OF SPEEDY TRIAL EXECUTED UNTIL TRIAL DATE;  START  DATE 11/18/2021 TO STOP  DATE 4/11/2022;

.