# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

January 21, 2022

The Honorable Denis R. Hurley
United States District Judge
Eastern District of New York
United States Courthouse
Central Islip, New York 11722

    Re:  **United States v. Andrew Frey**
           19 Cr. 537 (DRH)

Dear Judge Hurley:

I represent Andrew Frey on the above-captioned case. I write to ask that the Federal Defenders of New York be relieved and new counsel appointed. This is a request I do not want to make because I know the trial date is important to Mr. Frey, but I must make considering Mr. Frey's January 7, 2022 letter to the Court.

Mr. Frey has been incarcerated since November 15, 2019. He was was held at the Metropolitan Correctional Center for most of this time – over 60 miles from family and friends in Suffolk County. Mr. Frey has been jailed under unbelievably horrible conditions. He is a diabetic and lived in lock-down conditions for months, fearing COVID. The pandemic cut off social and legal visiting for months and this intensified his anxiety, isolation and suffering. His wife died suddenly on Christmas Day, 2020. His pain in not being able to be with her or bury her was profound. I understand his intense frustration, but even so, I have probably waited too long before making this request given the previous letters of dissatisfaction I have received from Mr. Frey and the items in his recent letter that are simply not true.

I believe that Mr. Frey should have an attorney he trusts and not one who he believes is working with the AUSA to keep him incarcerated, among other things. *See* Frey Letter, p.3. I therefore respectfully ask to be relieved or alternatively that Your Honor schedule a conference regarding this matter.

1

Respectfully submitted,

Tracey L. Gaffey
Assistant Federal Defender
(631) 712-6500
tracey_gaffey@fd.org

cc: Justina Geraci, AUSA