**CRIMINAL CAUSE FOR STATUS CONFERENCE**
**BEFORE JUDGE: HURLEY, J.    DATE: JANUARY 28, 2022    TIME: 11:20-11:40 AM**
**DOCKET NUMBER: CR-19-537            USA   V.   FREY**

**DEFT. NAME: ANDREW FREY            DFT # 1**
  X PRESENT, _ NOT PRESENT, X  IN CUSTODY, _ ON BAIL
   ATTY FOR DEFT.: TRACEY GAFFEY   FD
      X  PRESENT, _ NOT PRESENT

**DEFT. NAME:                DFT #**
  X _ PRESENT, _ NOT PRESENT, ___ IN CUSTODY, ___ ON BAIL
   ATTY FOR DEFT.:
      X  PRESENT, _ NOT PRESENT

**A.U.S.A. :   JUSTINA GERACI  BY PAUL SCOTTI**
**DEPUTY CLERK:    L LUNDY**
**COURT REPORTER(S) OR ESR OPERATOR:**
**MARYANN STEIGER**
**INTERPRETER:**

  CASE CALLED FOR STATUS CONFERENCE AS TO DEFENSE COUNSEL'S MOTION TO BE RELIEVED.
  ORAL ARGUMENT PLACED ON THE RECORD. COUNSEL IS NOT RELIEVED AT THIS TIME.
  IF IN THE FUTURE DEFENSE COUNSEL FEELS THAT IT IS APPROPRIATE TO BE RELIEVED AS COUNSEL
  THE MOTION TO BE RELIEVED CAN BE RENEWED.