UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                 19-CR-537(JMA)

ANDREW FREY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Oren Gleich from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Oren Gleich
    United States Attorney's Office (Criminal Division)
    610 Federal Plaza
    Central Islip, New York 11722
    Tel:  (631) 715-7889
    Email: Oren.Gleich@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Oren Gleich at the email address set forth above.

Dated: Central Islip, New York
February 9, 2022

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Oren Gleich
Oren Gleich
Assistant U.S. Attorney

cc: Clerk of the Court (JMA)