

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

OG:dtt  
F. #2019R01502

*610 Federal Plaza*
*Central Islip, New York 11722*

March 4, 2022

<u>By USA File Exchange</u>
Tracey E. Gaffey, Esq.
Federal Defenders of New York, Inc.
770 Federal Plaza
Central Islip, New York 11722

> Re: United States v. Andrew Frey
> <u>Criminal Docket No. 19-537(DRH)</u>

Dear Ms. Gaffey:

Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. These items are being provided to you via the secure file-sharing platform USA File Exchange Please be advised that you must download materials from USAfx within 60 days from the date they were uploaded—USAfx is *not* a storage site and the materials are automatically deleted within 60 days.

The enclosed materials, which have been stamped with control numbers **AF 00493445 through AF 00493452**, consist of the following:

- Statements of the Defendant, stamped AF 00493445 – AF 00493449; and

- Unredacted photographs of injuries sustained by Jane Doe #1, stamped AF 493450 – AF 493452 (please note, redacted versions of these photographs were previously produced, stamped AF 000224 – AF 000225)

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

BREON PEACE
United States Attorney

By: /s/ Oren Gleich
Oren Gleich
Assistant U.S. Attorney
(631) 715-7889

Enclosure
cc: Clerk of the Court (DRH) (by ECF) (without enclosures)