


FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 24 2022 ★
LONG ISLAND OFFICE

OG
F. #2019R01502

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------- X

UNITED STATES OF AMERICA

- against -

ANDREW FREY,

Defendant.

-------------------------- X

STIPULATION AND ORDER

Cr. No. 19-537 (DRH)

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by Breon Peace, United States Attorney for the Eastern District of New York, and Oren Gleich and Ivory Bishop, Assistant United States Attorneys, of counsel; and the defendant, ANDREW FREY, by and with the consent of his attorney, Tracey Gaffey, Esq., that:

1. Defense counsel must destroy or return to the Government all documents and materials produced pursuant to the Jencks Act, Title 18, United States Code, Section 3500, and/or pursuant to *Giglio v. United States*, 405 U.S. 150, 154 (1972), and its progeny (collectively, hereinafter the "3500 Material"), and any copies of the aforementioned materials, specifically either within seven days of (a) a verdict of acquittal rendered by a jury, (b) the date of sentencing, if no appeal is filed, or (c) the issuance of an appellate decision rendering a final judgment;

    2.  The defense is precluded from disseminating any of the 3500 Material, or its contents, to anyone beyond the defendants, defense counsel, and any investigative, secretarial, clerical, and paralegal personnel employed by defense counsel;

    3.  The defendant is precluded from taking any of the 3500 Material with him into any jail facility, or possessing any of the 3500 Material in any jail facility, either before, during, or after trial; except that the defendant may review the 3500 Material, in the possession of defense counsel or any investigative, secretarial, clerical, or paralegal personnel employed by the defense, when in the presence of defense counsel or any investigative, secretarial, clerical, or paralegal personnel employed by the defense; and

4. Any violation of this Stipulation and Order (a) will require the immediate return to the Government of the 3500 Material, and (b) may result in contempt of Court and/or other criminal penalties, including obstruction of justice charges.

Dated: Central Islip, New York
March 14, 2022

BREON PEACE
United States Attorney
Eastern District of New York

By: [signature]
Oren Gleich
Ivory L. Bishop
Assistant U.S. Attorneys

Agreed to by:

[signature: Tracey L. Gaffey]
Tracey Gaffey, Esq.
Attorney for Andrew Frey

/s/Denis R. Hurley

SO ORDERED:

3\24\22

THE HONORABLE DENIS R. HURLEY
UNTIED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK