BEFORE:  JOAN M. AZRACK             DATE:  9/7/2022
UNITED STATES DISTRICT JUDGE         TIME: 5:00 PM (30 min)

## CRIMINAL CAUSE FOR MOTION HEARING

**DOCKET NO. 19-cr-537(JMA)(SIL)**

**DEFENDANT: Andrew Frey**        **DEF. #: 1**
☒ Present     ☐ Not present     ☒ Custody     ☐ Bail/Surrender
**DEFENSE COUNSEL: Tracey Gaffey, Charles Millieon**
☒ Federal Defender     ☐ CJA     ☐ Retained

**Non-Party ECLI: Joshua Hill, Jeremy Benjamin**

**AUSA: Ivory Bishop**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: <u>Lisa Schmid</u>      COURTROOM DEPUTY: <u>LMP</u>

☒   Case Called.      ☒   Counsel present for all sides.
☐   Parties consent to appear telephonically.
☐   Defendant waives public reading of the Indictment and enters a plea of not guilty.
☐   Defendant waives speedy trial on the felon in possession case through <u>  </u>.
☐   Order setting conditions of release and bond entered.
☐   Permanent order of detention entered.
☐   Temporary order of detention entered.
     ☐ Detention hearing scheduled for <u>  </u>.
☐   Bail hearing held.  Disposition:
☐   A hearing on the motion to suppress is scheduled for <u>  </u>, before Judge Azrack in Courtroom 920 of the Long Island Courthouse.
☐   Jury selection and trial remains scheduled for

Defendant     ☐   Released on Bond     ☒   Remains in Custody.

OTHER: <u>Hearing held on motion to quash [116].  Decision reserved.</u>