BEFORE: JOAN M. AZRACK  
UNITED STATES DISTRICT JUDGE

DATE: 9/15/2022  
TIME: 9:30 AM (2 hrs)

# CRIMINAL CAUSE FOR TRIAL

**DOCKET No.** 19-cr-00537 (JMA)

FILED
CLERK
1:23 pm, Sep 15, 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**DEFENDANT:** Andrew Frey  **DEF. # 1**
☒ Present  ☐ Not Present  ☒ Custody  ☐ Bail

**DEFENSE COUNSEL:** Tracey Gaffey, Charles Millioen
☒ Federal Defender  ☐ CJA  ☐ Retained

**AUSA:** Oren Gleich, Ivory Bishop

COURT REPORTER: Mary Ann Steiger, Paul Lombardi

COURTROOM DEPUTY: LMP

☒ Case called.  ☒ Counsel for all sides present.

☐ Jury selection begins. Prospective jurors sworn.

☐ Voir dire held.

☐ Jury selected and is satisfactory to all sides.

☐ Jurors sworn and trial begins. Preliminary instructions given.

☐ Government opens.  ☐ Defense opens.

☒ Jury trial resumes.

☒ Witnesses sworn.  ☒ Exhibits entered into evidence.

☒ Trial continued to 9/19/2022 at 9:30 AM.

☒ Government rests.  ☒ Defense rests.

☒ Charge conference held.

☐ Government summation.  ☐ Defense summation.  ☐ Government rebuttal.

☐ Jury charged, alternates excused and deliberations begin.

☐ **Guilty verdict** on count(s) ___.

☐ **Not Guilty verdict** on count(s) ___.

☐ Jurors polled and excused with the thanks of the Court.

Defendant ☒ Remains in Custody;  ☐ Continued on Bond.

OTHER: Juror #5 excused and replaced with Alternate #1. Alternate #2 excused. Motions [108] and [134] are denied as set forth on the record.