THE JURY HAS REACHED
A VERDICT.

*[signature]*
JUROR #4

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 20 2022 ★

LONG ISLAND OFFICE

COURT EXHIBIT
1
9/20/22 9:56 am

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

   -against-

ANDREW FREY,

-------------------------------------------------------X
AZRACK, U.S. DISTRICT JUDGE

<u>Verdict Sheet</u>

19-CR-537 (S-2) (JMA)

## **AS TO COUNT ONE**
(Attempted Sex Trafficking – Jane Doe #1)

As to Count One (Attempted Sex Trafficking – Jane Doe #1):

   How do you find the defendant?

                        Not Guilty _____    Guilty ✓

## **AS TO COUNT TWO**
(Attempted Kidnapping – Jane Doe #1)

As to Count Two (Attempted Kidnapping – Jane Doe #1):

   How do you find the defendant?

                        Not Guilty ✓    Guilty _____

## **AS TO COUNT THREE**
(Attempted Sex Trafficking – Jane Doe #2)

As to Count Three (Attempted Sex Trafficking – Jane Doe #2):

   How do you find the defendant?

                        Not Guilty ✓    Guilty _____

1

**COURT EXHIBIT**
2
9/20/22

## AS TO COUNT FOUR
(Attempted Kidnapping – Jane Doe #2)

As to Count Four (Attempted Kidnapping – Jane Doe #2)

How do you find the defendant?

            Not Guilty _____     Guilty ✓

Please have your foreperson sign and date this.

Dated:  Central Islip, New York
     9- 20 — , 2022

                        */s/ Foreperson*
                        Foreperson