

U.S. Department of Justice

United States Attorney
Eastern District of New York

OG
F. #2019R01502

610 Federal Plaza
Central Islip, New York 11722

May 17, 2023

By ECF

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re:   United States v. Andrew Frey
                  Criminal Docket No. 19-537 (S-2) (JMA)

Dear Judge Azrack:

        The government respectfully requests that the Court set June 2, 2023 as the date by which the defendant must submit any post-trial motions in the above referenced case. The government also requests until July 7, 2023 to file any response. The government has conferred with defense counsel who has no objection to the suggested schedule.

        Respectfully submitted,

        BREON PEACE
        United States Attorney

By:      /s/
       Oren Gleich
       Assistant U.S. Attorney
       (631) 715-7889

Enclosures

cc:   Tracey Gaffey, Esq. (by ECF)
      Charles Millioen, Esq. (by ECF)